OCT-10-2019 16:00   US ATTORNEY OFFICE                    12126370083    P.02



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 10, 2019

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____              │
│ DATE FILED: 10/10/19        │
└─────────────────────────────┘
```

**BY FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Bill Tsai,*
       19 Cr. 675 (VM)

Dear Judge Marrero:

The Government writes to respectfully request that the sentencing of the above-captioned defendant be scheduled for January 17, 2020 at 4:30 p.m.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Robert L. Boone/Gina Castellano
Assistant United States Attorneys
(212) 637-2208/2224

cc:   Defense Counsel (by email)

```
┌──────────────────────────────────────────────────┐
│ Request GRANTED. The sentencing of defendant Bill│
│ Tsai         herein is rescheduled to  1-17-20   │
│ at  4:30 P.M.                                    │
│ SO ORDERED.                                      │
│  10-10-19                  /s/ Victor Marrero    │
│  DATE                      VICTOR MARRERO, U.S.D.J.│
└──────────────────────────────────────────────────┘
```

TOTAL P.02