

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2020

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *United States v. Bill Tsai*
           19 Cr. 675 (VM)

Dear Judge Marrero:

    The Government writes to make clear that in its letter dated January 16, 2020, Docket Entry Number 25, the Government intended its third sentence to say, "Information 19 Cr. 675, to which the defendant pled, charged the defendant with one count of securities fraud in connection with an insider trading scheme in violation of, among other things, Title 15, United States Code, Section 78j(b), not section 78b."

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Robert L. Boone
Assistant United States Attorney
(212) 637-2208

cc: Defense counsel (by ECF)