

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos
tel: +1.212.858.1558
carolina.fornos@pillsburylaw.com

January 30, 2020

**VIA FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 1/31/20

Re:   *United States v. Bill Tsai*, 19-CR-675 (VM)

Dear Judge Marrero:

We represent Bill Tsai, the defendant in the above-referenced matter. We write to respectfully request an Order authorizing the release of Mr. Tsai's passport, currently in the possession of Pretrial Services.

Mr. Tsai's passport was originally surrendered to Pretrial Services on August 11, 2019, as a condition of his pretrial release. On January 17, 2020, Your Honor sentenced Mr. Tsai to five years' probation. Mr. Tsai is now subject to supervision by the United States Department of Probation and is no longer subject to supervision by Pretrial Services. Accordingly, we respectfully request an Order authorizing Pretrial Services to release and return Bill's passport to him.

The Government and Probation have no objection to this request.

We thank the Court for its consideration.

Respectfully submitted,

Carolina A. Fornos

cc:   AUSA Robert L. Boone (via email)
      Officer Shawn Bostic, Pretrial Services (via email)
      Officer Noah Joseph, Department of Probation (via email)

SO ORDERED. Request GRANTED. The Pretrial Services Office is authorized to return the passport of defendant Bill Tsai herein.

DATE 1-31-20   VICTOR MARRERO, U.S.D.J.

www.pillsburylaw.com