```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/24/2020
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :    19 CR 675 (VM)
     - against -                    :
                                    :    ORDER
BILL TSAI,                          :
                                    :
               Defendant.           :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On January 17, 2020, the Court sentenced Defendant Bill Tsai ("Tsai") to five years' probation. The Court required Tsai, as a condition of his probation, to spend 90 days in a residential reentry center either on consecutive days, weeks, or weekends during his five years' probation. Tsai began his term at a residential reentry center on February 18, 2020, and he spent 34 days there before the United States Probation Office ("Probation") advised him to remain home due to the risk of COVID-19.

With the consent of Probation, Tsai now requests a modification of his sentence to reduce the number of days he must spend in a residential reentry center from 90 to 34. (See "Motion," Dkt. No. 34.) Tsai notes that residential reentry centers remain closed, have no set reopening date, and will face high demand upon reopening. Tsai asserts that modifying his sentence will assist Probation in managing its

1

caseload, which includes many defendants deemed higher-risk than Tsai.

The Government objects to the requested modification. The Government emphasizes that, in the more than four remaining years of Tsai's term of probation, the residential reentry center is likely to open long enough for Tsai to spend another 56 days there.

The Court agrees. As Tsai's five-year term of probation will not conclude until January 2025, the Court is not persuaded that it will be impossible for Tsai to spend an additional 56 days in a residential reentry center during his term of probation. For the same reason, the Court is not persuaded that reducing the number of days Tsai must spend at a residential reentry center is necessary to enable Probation to effectively manage its caseload.

Accordingly, it is hereby

**ORDERED** that the Motion of Defendant Bill Tsai for a modification of his sentence (Dkt. No. 34) is DENIED.

**SO ORDERED.**

Dated:   New York, New York
         24 August 2020

_____
Victor Marrero
U.S.D.J.