

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 17, 2023

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

        Re:  *United States v. Bill Tsai*
            19 Cr. 675 (VM)

Dear Judge Marrero:

     The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.  As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Bill Tsai, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 27) and no third-party claims have been filed within the statutory period.  Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

                                                          Respectfully submitted,

                                                           DAMIAN WILLIAMS
                                                           United States Attorney
                                                           Southern District of New York

                                        By:  _____
                                                            Tara LaMorte
                                                            Assistant United States Attorney
                                                            Tel. (212) 637-1041

*Enclosure*